FILED

11/03/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0112

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0112

_____

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.                                       O R D E R

MARK JAY PRICHARD,

      Defendant and Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to Mark Jay Prichard, to all counsel of record, and to the Honorable Michael F. McMahon, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 3 2021